IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

    Plaintiff,

vs.                                            Case No: cv 11-1009 LFG/IKBM

CITY OF ALBUQUERQUE, et al.,

    Defendants.

### M I N U T E   O R D E R

Please be advised that the above-captioned case has been reassigned to Chief U.S. District Court Judge Bruce Black as presiding Judge.

> "In accordance with D.N.M.LR.Civ. 10.1 'the first page of each paper must have the case file number and initials of the assigned judges.' **Failure to include the initials of the newly-assigned judge may result in untimely receipt of pleadings and subsequent delay of rulings by the newly-assigned judge.**"

Kindly reflect this change when submitting further pleadings for this case as:

CASE NUMBER **CV 11-1009 BB/KBM**.

-------------------------------
Clerk of the Court