IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**PHILLIP MOCEK,**

    Plaintiff,

vs.                                                        No. CV 11-1009 LFG/KBM

**CITY OF ALBUQUERQUE, et al.,**

    Defendants.

## WAIVER OF SERVICE AND ENTRY OF APPEARANCE

COMES NOW The Baker Law Firm (Jeffrey L. Baker and Renni Zifferblatt), on behalf of Defendants City of Albuquerque, Albuquerque Aviation Police Department, Marshall Katz, Robert F. Dilley, and Julio De La Pena, and hereby accepts service of the Summons and Complaint issued to each of these Defendants, and hereby enters its appearance for each of these Defendants. Pursuant to Fed.R.Civ.P.4(d)(3), an answer or other responsive pleading will be filed on behalf of these Defendants on or before February 13, 2012.

                                        Respectfully submitted by,

                                        **THE BAKER LAW FIRM**

                                        /s/ Jeffrey L. Baker
                                        Jeffrey L. Baker
                                        Renni Zifferblatt
                                        Attorneys for Defendants City of Albuquerque,
                                        Albuquerque Aviation Police Department,
                                        Marshall Katz, Robert F. Dilley, and
                                        Julio De La Pena
                                        20 First Plaza NW Ste. 402
                                        Albuquerque, New Mexico 87102
                                        505/247-1855

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the foregoing was mailed to Plaintiff's counsel of record, Mary Louise Boelcke, PO Box 31033, Albuquerque, New Mexico 87190, William M. Simpich, 1736 Franklin St. #10, Oakland, California 94612, James Wheaton, and Lowell Chow, 1736 Franklin St. 9th Floor, Oakland, California 94612, this 4th day of January 2012.

                                      /s/ Jeffrey L. Baker
                                      Jeffrey L. Baker