UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

    Plaintiff,

vs.                                                                 Case No:11-1009 BB/KBM

CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE DEPARTMENT,
MARSHALL KATZ, in his official capacity as Chief of Police of
The Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD ROMERO,
ANTHONG SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,
LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,

    Defendants.

## ENTRY OF APPEARANCE

    COME NOW Jeffrey L. Baker and Renni Zifferblatt (The Baker Law Firm), and hereby enter their appearances on behalf of The City of Albuquerque, Albuquerque Aviation Police Department, Marshall Katz, Robert Dilley, Landra Wiggins, and Julio De la Pena.

Respectfully Submitted by

The Baker Law Firm

/s/ Renni Zifferblatt
Jeffrey L. Baker
Renni Zifferblatt
20 First Plaza Suite 402
Albuquerque, N.M. 87109
505-247/1855

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was provided to all counsel of record via the CM/ECF system on this 13th day of February, 2012.

/s/ Renni Zifferblatt
Renni Zifferblatt