AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| PHILLIP MOCEK <br> *Plaintiff* <br> v. <br> CITY OF ALBUQUERQUE, ET AL. <br> *Defendant* | Civil Action No.  11-cv-1009 BB/KBM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ANTHONY SCHREINER
TSA
2920 YALE BLVD SE, STE A
ALBUQUERQUE, NM 87106

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MARY LOUISE BOELCKE
ATTORNEY FOR PLAINTIFF
PO BOX 31033
ALBUQUERQUE, NM 87190

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  12/09/2012

Karen D. Francisco
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 11-cv-1009 BB/KBM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Anthony Schreiner

was received by me on *(date)* 03/08/2012 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On January 20, 2012 I served Anthony Schreiner
at the Albuquerque Sunport via FedEx mail
2920 Yale Blvd SE Ste A
Albuquerque, NM 87106

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 03/14/2012

/s/ Erica Ortiz electronically filed
*Server's signature*

Erica Ortiz Legal Assistant
*Printed name and title*

PO Box 31033
Albuquerque, NM 87190
*Server's address*

Additional information regarding attempted service, etc: