Mary Lou Boelcke
LAW OFFICES OF MARY LOUISE BOELCKE
PO Box 31033
Albuquerque, NM 87190-1033
Phone: (505) 804-1632
Fax: (505) 232-9718

James Wheaton
Lowell Chow
Geoffrey King
FIRST AMENDMENT PROJECT
1736 Franklin Street, 9th floor
Oakland, California 94612
Phone: 510/208-7744
Fax: 510/208-4562

William Simpich
LAW OFFICE WILLIAM SIMPICH
1736 Franklin Street, 10th floor
Oakland, California 94612
Phone: 510/444-0226

Attorneys for Plaintiff Philip Mocek

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| PHILLIP MOCEK,<br><br>　　　　Plaintiff,<br>　　vs.<br><br>CITY OF ALBUQUERQUE, ALBUQUERQUE AVIATION POLICE DEPARTMENT, MARSHALL KATZ, in his official capacity as Chief of Police of the Albuquerque Aviation Police Department, JONATHAN BREEDON, GERALD ROMERO, ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY, LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1–25, inclusive,<br><br>　　　　Defendants. | Case No.<br><br><br>**NOTICE OF ASSOCIATION OF COUNSEL** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the undersigned attorney, Mary Lou Boelcke, hereby associates First Amendment Project and William Simpich Attorney at Law as co-counsel of record on behalf of Plaintiff, Phillip Mocek. This notice certifies that the non-member attorneys listed below are members in good standing of the State Bar of California.

>James R. Wheaton (SBN 115230)
>Lowell Chow (SBN 273856)
>Geoffrey King (SBN 267438)
>FIRST AMENDMENT PROJECT
>1736 Franklin Street, Ninth Floor
>Oakland, CA 94612
>Tel: (510) 208-7744
>Fax: (510) 208-4562
>wheaton@thefirstamendment.org
>lchow@thefirstamendment.org

>William Simpich (SBN 106672)
>WILLIAM SIMPICH ATTORNEY AT LAW
>1736 Franklin Street, 10th floor
>Oakland, California 94612
>Phone: 510/444-0226
>Fax: 510/444-1704
>bsimpich@gmail.com

Copies of all further papers and pleadings herein, may be served upon the undersigned along with all others above-named.

Dated:  March 28, 2012                                   Respectfully submitted,

>Mary Lou Boelcke
>PO Box 31033
>Albuquerque, NM 87190
>Phone 505-804-1632
>Facsimile 505-232-9718
>Email marylouboh@yahoo.com

                                                                    By:   /s/ electronically filed_____
                                                                          Attorneys for Plaintiff Phillip Mocek

<u>Certificate of Service</u>

I hereby certify that this Notice of Association of Counsel was electronically filed, on March 28, 2012

<u>/s/ electronically filed</u>
Mary Louise Boelcke