UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| **PHILLIP MOCEK,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 1:11-cv-1009-BB/KBM ) |
| **CITY OF ALBUQUERQUE, ET AL.,** | ) ) ) |
| Defendants. | ) ) ) |

## ENTRY OF APPEARANCE

Pursuant to D.N.M.LR-Civ. 83.4, Edward J. Martin of the United States Department of Justice hereby enters his appearance on behalf of individual federal defendants Jonathan Breedon, Gerald Romero and Anthony Schreiner.

Dated: March 29, 2012          Respectfully Submitted

Stuart F. Delery
Acting Assistant Attorney General

C. Salvatore D'Alessio
Acting Director, Torts Branch

Andrea W. McCarthy
Senior Trial Counsel

/S/ Edward J. Martin
Trial Attorney, Torts Branch
Civil Division
United States Department of Justice
P.O. Box 7146, Ben Franklin Station
Washington, D.C. 20044
Tel: 202-616-1024
Fax: 202-616-4314
Edward.Martin2@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that a true copy of the foregoing was provided to all counsel of record via the CM/ECF system on March 29, 2012.

                                        /S/ Edward J. Martin
                                        Edward J. Martin
                                        Trial Attorney, Torts Branch