UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

    Plaintiff,

v.                                                Case No. 11 CV 1009 BB/KBM

CITY OF ALBUQUERQUE, et al.,

    Defendant.

## ENTRY OF APPEARANCE

Pursuant to D.N.M.LR-Civ. 83.4, Manuel Lucero, Assistant United States Attorney for the District of New Mexico, enters his appearance on behalf of individual federal defendants Jonathan Breedon, Gerald Romero and Anthony Schreiner in the above-captioned cause of action.

                Respectfully submitted

                KENNETH J. GONZALES
                United States Attorney

                ***Filed electronically 3/29/2012***
                MANUEL LUCERO
                Assistant United States Attorney
                P.O. Box 607
                Albuquerque, NM 87103
                (505) 346-7274
                E-mail: manuel.lucero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 29, 2012, I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel for the debtor to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

***Filed electronically 3/29/2012***
MANUEL LUCERO
Assistant U.S. Attorney