# DEFENSE EXHIBIT 2

November 15, 2009

At approximately 1434 on this date I responded to a radio call from Jonathan Breedon who was stationed at the Travel Document Checker (TDC) position. He was asking for a Behavior Detection Officer (BDO) spot assist. I responded with noting that he was in immediate contact with the BDO team and he could ask for assistance directly. He told me that he was not allowed to ask directly and I began to head out to the TDC position to assist with the situation when Jonathan called for a LEO to his location immediately. I turned to STSO Adam Sena and advised him to call a LEO and again headed directly to the TDC. Upon reaching TDC I approached LTSO Jonathan Breedon and a hostile male individual. I was informed by LTSO Breedon that the individual did not show identification and was in the process of taking pictures and recording conversation of the identification process. The male interrupted the conversation between LTSO Breedon and myself and pointed a camera at me and as he took a picture asked, "You mean I'm not allowed to take pictures in a public place; in the public area of an airport." I tried to tell him that while I was trying to address his concerns I did not wish for him to take pictures of me without my consent. It was at this time that several Albuquerque Aviation Police Officers showed up and I quickly advised Officer Robert Dilley of the individual's resistance to comply with clearance procedures and his taping and picture taking. Officer Dilley moved right in front of the man and took control of the situation and was helped by AAPD Officers Landra Wiggins and Julio De La Pena. I noticed that the man became more belligerent with each question by the officers and in a threatening manner took photos of each of the officers.

As the officers took care of the situation I was alerted that he had a flying companion whom I made sure had been cleared by the TDC process. When I found that he had been cleared I asked him to stand-by, but not to interfere with the officer's procedure. I asked the second male to proceed through and he stated that he wanted to make sure that his friend was going to be alright. As I was escorting him out into the general area he commented that they didn't mean any harm and that, "This is something we do all the time. It keeps us all more alert." He asked to speak to one of the officers to find out what the status of his companion was stating that, "They can search us both. They're going to see that we have nothing on us. We are both clean; we have nothing to hide." He then approached the officers as they were escorting his companion out of the checkpoint and started asking them questions about his traveling partner. The incident at the TDC ended at approximately 1440 hours.

*Anthony M. Schreiner*

Anthony M. Schreiner
Supervisor, TSA-ABQ