IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

            Plaintiff,

vs.                                        CASE NO. 2011-CV-1009 BB/KBM

CITY OF ALBUQUERQUE, et al.,

            Defendants.

**JOINT NOTICE OF AGREED EXTENSIONS OF TIME**

COMES NOW, Plaintiff, by and through his attorneys, and pursuant to D.N.M. L.R.-Civ. 7.4(a), and notifies the Court that the parties have agreed to an extension of time for Plaintiff to file his response to the Individual Federal Defendants' Motion to Dismiss the Complaint.  The due date has been extended from June 15, 2012, to June 29, 2012.

The parties also have agreed to extend the time for the individual federal Defendants to file their reply brief in support of their Motion to Dismiss the Complaint to July 27, 2012.

                                              Respectfully submitted,

                                              *Electronically submitted Mary Lou Boelcke*
                                              Mary Louise Boelcke
                                              PO Box 31033
                                              Albuquerque, NM 87190
                                              (505) 804-1632
                                              One of Attorneys for Plaintiff

I HEREBY CERTIFY that a true copy of the foregoing JOINT NOTICE OF AGREED EXTENSIONS OF TIME was served on opposing counsel of record by electronically filing it on June 13, 2012.

*/s/ Mary Lou Boelcke*
Mary Lou Boelcke