UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

|  |  |
|---|---|
| **PHILLIP MOCEK,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CITY OF ALBUQUERQUE, ET AL.,** )<br>)<br>Defendants. )<br>) | Case No. 1:11-cv-1009-BB/KBM |

**NOTICE OF COMPLETION**

Pursuant to D.N.M.LR-Civ. 7.4(e), this notice certifies that the individual federal defendants' motion to dismiss is ready for decision. The motion to dismiss and the memorandum filed in support of that motion were filed on June 1, 2012, docket number 25. The Plaintiff's amended opposition was filed on June 30, 2012, docket numbers 30-32. The individual federal defendants' reply was filed on July 27, 2012, docket number 33.

Dated: July 27, 2012

Kevin J. O'Connor
United States Attorney

Respectfully Submitted

Stuart F. Delery
Acting Assistant Attorney General

Rupa Bhattacharyya
Director, Torts Branch

Andrea W. McCarthy
Senior Trial Counsel

/S/ Edward J. Martin
Edward J. Martin
Trial Attorney, Torts Branch
Civil Division

Manuel Lucero
Assistant United States Attorney

        United States Department of Justice
        P.O. Box 7146, Ben Franklin Station
        Washington, D.C. 20044
        Tel: 202-616-1024
        Fax: 202-616-4314
        Edward.Martin2@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 27, 2012, a copy of this Notice was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

        /S/ Edward J. Martin
        Edward J. Martin
        Trial Attorney, Torts Branch