IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHILLIP MOCEK,**

    Plaintiff,

vs.                                          Case No: 11-1009 JB/KBM

**CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE DEPARTMENT,
MARSHALL KATZ, in his official capacity as Chief of Police of
The Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD ROMERO,
ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,
LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,**

    Defendants.

## CERTIFICATE OF SERVICE

I, the undersigned, certify that *Airport Defendants' Initial Disclosures* were e-mailed to counsel for Plaintiff Mary Lou Boelcke on the 18th day of December, 2012; and a copy of this certificate was provided to Plaintiff's counsel via CM/ECF.

                                                    THE BAKER LAW FIRM

                                                    /s/ Renni Zifferblatt
                                                    Renni Zifferblatt
                                                    Jeffrey L. Baker
                                                    Attorneys for Airport Defendants'
                                                    20 First Plaza, Suite 402
                                                    Albuquerque, NM  87102
                                                    505/247-1855