IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

      Plaintiff,

vs.                                                        Case No: 11-1009 JB/KBM

CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE DEPARTMENT,
 MARSHALL KATZ, in his official capacity as Chief of Police of
The Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD ROMERO,
ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,
LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,

      Defendants.

## PLAINTIFF'S INITIAL DISCLOSURES

1. Transcript of the jury trial Case No. CR 25737-09

2. Booking worksheet filed by Defendant Dilly

3. Reports and Supplement Reports written by Anthony M. Schreiner, Jonathan Breedon, Julio A. De La Pena, Landra Wiggins, Raymond F. Vigil

4. Police call log from November 15, 2009

5. TSA documents: Form 2301: Traveler Identification Verification (May 2006), TSA Certification of Identity, Taking Pictures at Checkpoints ([www.tsa.gov/travelers/airtravel/taking_pictures.htm](www.tsa.gov/travelers/airtravel/taking_pictures.htm)), ID requirements, FAQs

6. Video of Mocek at checkpoint and audiotape of same.

7. Audiotapes of interviews with Wiggins, De La Pena, Dilly, Greg Martinez, Laura Moot, Gerard Romero, Anthony Schreiner, Jonathan Breedon, Jesse Gallegos and transcripts.

8. Audiotape of Albuquerque Operations Center, SW Airlines Operations, Albuquerque FBI

9. Officers' belt tapes of Mocek interactions and transcripts

10. Airport Surveillance camera tapes

      Law Office of Mary Lou Boelcke

      /s/ Mary Lou Boelcke

      136 Washington St SE, Ste A
      Albuquerque, NM  87108
      Phone 505-804-1632

      First Amendment Project
      /s/ James Wheaton
      /s/ Lowell Chow

      Law Offices of William Simpich
      /s/ William Simpich

      Attorneys for Plaintiff

### Certificate of Service

I HEREBY CERTIFY that a true copy of the foregoing Plaintiff's Initial Disclosures was served on opposing counsel of record by electronically filing it on January 13, 2012.

*/s/ Mary Lou Boelcke*
Mary Lou Boelcke