IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHILLIP MOCEK,**

       Plaintiff,

vs.　　　　　　　　　　　　　　　　　　Case No: 11-1009 JB/KBM

**CITY OF ALBUQUERQUE,**
**ALBUQUERQUE AVIATION POLICE DEPARTMENT,**
**MARSHALL KATZ, in his official capacity as Chief of Police of**
The Albuquerque Aviation Police Department,
**JONATHAN BREEDON, GERALD ROMERO,**
**ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,**
**LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,**

       Defendants.

## CERTIFICATE OF SERVICE

I, the undersigned, certify that *Airport Defendants' Initial Disclosures* were e-mailed to counsel for Plaintiff Mary Lou Boelcke on the 14th day of January, 2013; and a copy of this certificate was provided to Plaintiff's counsel via CM/ECF.

                             THE BAKER LAW FIRM

                             /s/ Renni Zifferblatt
                             Renni Zifferblatt
                             Jeffrey L. Baker
                             Attorneys for Airport Defendants
                             20 First Plaza, Suite 402
                             Albuquerque, NM  87102
                             505/247-1855