UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO
PETE V. DOMENICI UNITED STATES COURTHOUSE
333 LOMAS BLVD., N.W., SUITE 660
ALBUQUERQUE, NEW MEXICO 87102
TELEPHONE: (505) 348-2280
FACSIMILE: (505) 348-2285

JAMES O. BROWNING
    District Judge

January 15, 2013

**VIA CM/ECF**

| | |
|---|---|
| Geoffrey King | Jeffrey L. Baker |
| James Wheaton | Renni Zifferblatt |
| Lowell Chow | The Baker Law Firm |
| First Amendment Project | 20 First Plaza, N.W., Suite 402 |
| 1736 Franklin Street, 9th Floor | Albuquerque, New Mexico 87102 |
| Oakland, California 94612 | |
| | Edward J. Martin |
| William Simpich | United States Department of Justice |
| Law Office of William Simpich | Civil Division |
| 1736 Franklin Street, 10th Floor | Post Office Box 7146 |
| Oakland, California 94612 | Washington, D.C. 20044 |
| | |
| Mary Louise Boelcke | Manuel Lucero |
| Law Office of Mary Louise Boelcke |   Assistant United States Attorney |
| 220 Washington Street, N.E. | United States Attorney's Office |
| Albuquerque, New Mexico 87108 | District of New Mexico |
| | Post Office Box 607 |
| | Albuquerque, New Mexico 87103 |

      Re:  <u>Mocek v. City of Albuquerque, et al.</u>, No. CIV 11-1009 JB/KBM

Dear Counsel of Record:

      I want to bring one matter to your attention. I have, with my law clerks, reviewed the Judicial Code of Conduct and do not believe this matter requires me to recuse myself. I want, however, everyone to be fully informed about, and fully comfortable with, my participation in the case.

Counsel of Record
Re:  Mocek v. City of Albuquerque, et al., No. CIV 11-1009 JB/KBM
January 15, 2013
Page 2

      I know the Honorable Kevin L. Fitzwater, Division II, Bernalillo County Metropolitan Court. My relationship with him is professional and, other than bar or judicial functions, I have little or no social interaction with him.  My son, when he was a teenager (he is 31 now), also had a traffic ticket issue in front of Judge Fitzwater, which my wife and I attended with our son.  I do not believe I have been in his home, nor has he been in my home.

      I believe that I can continue to be fair and impartial.  If anyone, however, has any questions about the above, please let my Courtroom Deputy Clerk, K'Aun Wild, know, and we can perhaps have a conference.  I have instructed Mrs. Wild not to tell me who may call.  Best regards.

      Sincerely,

      James O. Browning
      United States District Judge