# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

CLERK'S MINUTES

*BEFORE DISTRICT JUDGE JAMES O. BROWNING*

| | | | |
|---|---|---|---|
| **CASE NO.:** | 11-1009 JB/KBM | **DATE:** | Jan. 15, 2013 |
| **CASE CAPTION:** | *Mocek v. City of Albuquerque, et al.* | | |
| **CRD:** | K. Wild | **COURT REPORTER:** | N/A |

**COURT IN SESSION:** Liberty Recorder (ABQ-Vermejo)-11:46:34 a.m.

**COURT IN RECESS:** Liberty Recorder (ABQ-Vermejo)-11:56:38 a.m. = :10

**TYPE OF PROCEEDING:** Initial Scheduling Conference - **NOT HELD**

**COURT'S RULING/DISPOSITION:** see below

**ORDER CONSISTENT WITH COURT'S RULING TO BE PREPARED BY:**   N/A

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Mary Lou Boelcke | Edward Martin, DOJ (for Ind. Federal Defts. (Defts. Breedon, Romero & Schreiner)) (appearing telephonically) |
| James Wheaton (appearing telephonically) | Jeffrey Baker (for City ("Airport") Defts. (City of ABQ, ABQ Aviation Police Dept., Katz, Dilley, Wiggins & De La Pena)) |
| Lowell Chow (appearing telephonically) | |

## PROCEEDINGS

**COURT IN SESSION:**   **Liberty Recorder (ABQ-Vermejo)-11:46:34 a.m.**

**Court:**   Calls case. Counsel enter appearances.

**Court:** Have reviewed JSR/PDP. Understand there may be some issues to be taken

up before setting case deadlines/settings.  Asks if there is anything counsel wish to tell Court about case that might impact on scheduling?

**Ms. Boelcke:**  Considering appealing Court's decision against Federal Defendants - appears from a review of opinion that the federal claims against City Defendants are no longer viable.

**Mr. Martin:**  Not yet prepared to state position on motion by Plaintiffs' under Fed.R.Civ.P. 54.

**Mr. Baker:**  Partner has been working on qualified immunity motions - decided not to file motions until after receiving Court's decision on motion to dismiss as to Federal Defendants - partner is now reviewing the decision.  Anticipate will be filing MSJ's under qualified immunity, which will stay discovery.

**Court:**  If there is going to be a stay given the filing of qualified immunity motions is there any reason to start discovery at this point, or should Court set a deadline for filing of qualified immunity motions by City Defendants?  Set deadline for DOJ to give Plaintiff position on appeal?

**Ms. Boelcke:**  Do not believe need to start conducting discovery at this point.

**Court:**  Suggests set deadline of 10 days out to file qualified immunity motions?

**Mr. Baker:**  Want 2 weeks.

**Court:**  Fine.   Suggests same deadline for DOJ to provide position on rule 54 motion.

**Mr. Martin:**  Fine.

**Mr. Baker:**  Take no position on whether motion to dismiss should be appealed or not.

**Court:**  Will set hearing as soon as see briefing is done on qualified immunity motion(s).  Anything further?

Counsel indicate there is not.

**COURT IN RECESS:**     Liberty Recorder (ABQ-Vermejo)-11:56:38 a.m.