# THE BAKER LAW FIRM
### 20 First Plaza, Suite 402
### Albuquerque, NM 87102
### Phone 247-1855 / Fax 766-9113

## FACSIMILE SHEET

Date:                January 25, 2013

Client/Matter: Phillip Mocek vs. City of Albuquerque et al.
           Case No. 11-1009 JB/KBM

## PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

RECIPIENT:  Honorable Judge James O. Browning

FAX NUMBER:    505.348.2285

TOTAL NUMBER OF PAGES, INCLUDING THIS PAGE:  2 pgs

HARD COPY TO FOLLOW:      _____ YES __XX___ NO

1/29/13



January 25, 2013

**VIA FACSIMILE**

Judge James O. Browning
333 Lomas Blvd., Suite 660
Albuquerque, NM 87102

RE: Phillip Mocek vs. City of Albuquerque et al.
Case No: 11-1009 JB/KBM

Dear Judge Browning:

At the hearing on January 15, 2013 you gave the City Airport defendants until January 29, 2013 to file dispositive motions.

I am requesting a three day extension, until Friday, February 1, 2013, for filing the dispositive motions. The reason for this request is that because of other deadlines, including a day long disciplinary hearing in Santa Fe scheduled for January 29, we have difficulty meeting the current deadline.

I spoke with Plaintiff's counsel, Mary Lou Boelcke, and she has no objection to this request.

Thank you for your consideration.

Very truly yours,

Jeffrey L. Baker

JLB/ka

cc: Mary Lou Boelcke
    Edward Martin

*20 First Plaza • Suite 402 • Albuquerque, New Mexico 87102 • (505) 247-1855 • FAX (505) 766-9113*