IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

        Plaintiff,

vs.                                              Case No: 11-1009 JB/KBM

CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE DEPARTMENT,
 MARSHALL KATZ, in his official capacity as Chief of Police of
The Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD ROMERO,
ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,
LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,

## CITY DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT

Come now City Defendants, by counsel, and move this Court for an order granting leave to exceed the page limit of twenty seven pages for their Motion to Dismiss.

As grounds therefor, City Defendants state:

1.     The complexity of the issues regarding this motion necessitates a motion that is no more than thirty five pages long.

2.     Plaintiff does not object to granting of this motion.

WHEREFORE, City Defendants move this Court for an order for leave to exceed the page limit of twenty seven pages for their Motion to Dismiss, up to thirty five pages.

Respectfully submitted by,

**THE BAKER LAW FIRM**

/s/ Jeffrey L. Baker
Jeffrey L. Baker
Renni Zifferblatt
Attorneys for City Defendants
20 First Plaza, Suite 402
Albuquerque, NM  87102
505/247-1877

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was provided to Plaintiff's counsel of record on this 1st day of February, 2013 via the CM/ECF system.

/s/ Jeffrey L. Baker