IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

Plaintiff,

vs.                                                Case No: 11-1009-JB-KBM

CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE
DEPARTMENT, MARSHALL KATZ,
in his official capacity as Chief of Police of
The Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD ROMERO
ANTHONY SCHREINER, ROBERT F. DILLEY
a/k/a BOBBY DILLEY, LANDRA WIGGINS,
JULIO DE LA PENA, and DOES 1-25 inclusive,

Defendants.

**EXHIBIT 1 TO PLAINTIFF'S OPPOSITION TO ALBEQUERQUE DEFENDANTS' MOTION TO DISMISS**

Exhibit 1, which Plaintiff would attach to the complaint if permission to amend the complaint is granted, is the following transcript.  This is a transcript of the audio from Plaintiff's recording that was introduced in court, another recording he made in the minutes leading up to when he started videorecording, Wiggins' belt tape, and almost all of the police radio, and dispatch telephones.

As noted below, the material taken from "Mocek's camera" between 1434 and 1438 was deleted while camera was held at airport police department between the time of his arrest and the retrieval of his property the following day.  Mocek was able to recover it, using forensic analysis software, and the jury was able to see and hear this evidence during trial.

1

Respectfully submitted,

Dated:  February 25, 2013


WILLIAM M. SIMPICH

MARY LOU BOELCKE

JAMES WHEATON

LOWELL CHOW


/s/ William M. Simpich

_____

William Simpich, Attorney at Law
1736 Franklin Street, 10th Floor
Oakland, CA 94612
Telephone:  (510) 444-0226 / Fax:  (510) 444-1704


**CERTIFICATE OF NOTICE**

I hereby certify that a true copy of the foregoing was provided to counsel of record
on the 2nd of March, 2013 via the CM/ECF filing system.


/s/   William M. Simpich

_____

///

///

///

# transcript_1432_through_1505.txt #

last modified: 2011-01-13 12:43 pmocek

## Overview ##

Script of speech in vicinity of Phillip Mocek at Albuquerque Sunport
International Airport on November 15, 2009, between 2:32 p.m.,
seconds after arriving at the document checker podium at a TSA
airport barricade, and 3:05 p.m., when he was in a holding cell at
the airport police department.  With the exception of a 27-second
gap between the second and third recordings, continuous audio of the
incident was used.

Also includes police radio and communications center telephone calls
until 4:54 p.m., when Officer Dilley arrived at the downtown jail to
transfer custody of Mocek.

## Source of Audio ##

### Mocek's voicemail ###

begin: 2009-11-15 14:32:42
end:   2009-11-15 14:35:30

langth: 00:02:48

Created by Mocek using mobile phone to leave voice mail message,

then downloading later.

### Mocek's camera ###

begin: 2009-11-15 14:34:35

end:  2009-11-15 14:38:13

length: 00:03:38

Created by Mocek using digital camera.  All files on camera's memory

card were deleted while camera was held at airport police department

between time of Mocek's arrest and retrieval of his property the

following day.  Most files were recovered by Mocek using forensic

analysis software.

### 10-39/DW_A0008_1.wav ###

begin: 2009-11-15 14:38:36

end:  2009-11-15 15:05:25

length: 00:26:49

Provided to Mocek by Albuquerque City Attorney's office in response

to Mocek's November 19, 2009 public disclosure requests to

4

Albuquerque Police and Albuquerque Airport Authority.  No
description was provided other than a label which read "CASE #
09-11050; CAD # 091100445".  Seems to have been created using a
hand-held audio recorder that Wiggins can be seen holding in Mocek's
video, which sat near Dilley while he completed paperwork with Mocek
in holding cell, then traveled with Dilley as he transported Mocek
to downtown Albuquerque police department.

### Police radio and telephone ###

Between 15:05, when Dilley disables audio recorder, and 16:54, audio
recordings of police radio and communications center telephone calls are
transcribed.

## Transcription and Timecoding ##

Transcription was performed by Mocek.  Start time for each recording
was determined by finding points in the recordings where police
radio can be heard then subtracting the difference between the
elapsed time of a recording at that point and the time of day used
in the filename for the corresponding police radio recording.

## Speaker Names ##

Mocek      Phillip Mocek

Gallegos  Jesse Gallegos, Mocek's travel partner


Breedon   TSA LTSO Jonathon Breedon

Romero    TSA TSM Officer Gerald Romero

Schneier  TSA STSO Anthony M. Schreiner


Delapena  APD Officer Julio A. De La Pena 135

Dilley    APD Officer Robert "Bobby" F. Dilley 116

Rojas      APD Sergeant Ernesto Rojas S15

Wiggins   APD Officer Landra "Wiggy" Wiggins 137

Comm     APD Communications Center (mostly Paul and Laura)


unk1      unidentified APD or TSA #1

unk2      unidentified APD or TSA #2

?        misc unidentified


## Dialogue ##


time      elapsed   name     text (Mocek voicemail audio begins)

---------- ---------- ------- --------------------------------------------

14:32:43  00:00:01  Breedon   credit card or debit card or library card [inaudible]

14:32:45  00:00:02  Mocek     I understand that I [inaudible]

14:32:47  00:00:04  Breedon   You're absolutely right [inaudible] anything [inaudible]

14:32:52  00:00:09  Mocek    [inaudible]

14:32:54  00:00:11  ?        Okay, then.

14:32:55  00:00:12  Breedon   Well in that case, what I'm gonna do is I'm gonna go ahead and call the operations center and if they

can't verify your identity you won't be allowed past this point at this time.

14:33:23  00:00:40  Gallegos  You're documenting this, right?

14:33:27  00:00:44  Mocek    [inaudible]

14:33:31  00:00:48  Gallegos  I'll bear witness.  How's that?  And I'm allowed to bear witness, right?

14:33:40  00:00:57  Mocek    I would think so.

14:34:05  00:01:22  Breedon   Kay.

14:34:06  00:01:23  Mocek    Ready?

14:34:07  00:01:24  Breedon   Gimme that.

14:34:07  00:01:24  Mocek    What's that?

14:34:08  00:01:25  Breedon   Lemmee. [inaudible]

14:34:08  00:01:25  Mocek    No.

14:34:09  00:01:26  Breedon   I'm not

14:34:10  00:01:27  Mocek    It's mine.

14:34:11  00:01:28  Gallegos  I'm bearing-- I can witness.

14:34:15  00:01:32  Breedon   [inaudible] I need LEO assistance at the TDC immediately, please. [inaudible]

14:34:28  00:01:45  Breedon   There's no videotaping or picture taping allowed at the security screening checkpoint.

14:34:31  00:01:48  Mocek    [inaudible]

14:34:32  00:01:49  Breedon   At that point in time, now I have a LEO coming over to help take care of the situation.

14:34:36  00:01:53  Mocek    Can you say that again?

time      elapsed   name      text (Mocek camera audio/video begins)

--------- --------- --------- --------------------------------------------

14:34:35 00:00:00           [inaudible]

14:34:35 00:00:00  Mocek    Can you say that again?

14:34:36 00:00:01           Kill it off.  Right now.

14:34:37 00:00:02  Mocek    Did you say there's no vid-- no cameras or videotaping allowed at the
security checkpoint?

14:34:42 00:00:07  Breedon  I've got a uh law enforcement officer in route.  Stand by.  Kay?

14:34:46 00:00:11  Mocek    Law enforcement officer?

14:34:47 00:00:12  Breedon  Yes.  A police officer!

14:34:49 00:00:14  Mocek    Okay.  Can you tell me why?  What the pro-- Is there a problem?

14:34:53 00:00:18  Breedon  Um.

14:34:55 00:00:20  Breedon  That, right there.

14:34:56 00:00:21  Breedon  Um... [inaudible]

14:34:57 00:00:22  Breedon  First of all he's refusing to show ID.  Second of all he's videotaping and
taking pictures of the

                         process

14:35:01 00:00:26  Mocek    Is there a problem with using a camera in the airport in publicly-- in
publicly-accessible areas?

14:35:04 00:00:29           Yes, there is.

14:35:06 00:00:31  Mocek    Okay.

14:35:08 00:00:33  Mocek    I think you're incorrect.

14:35:09 00:00:34  Mocek    But

14:35:09 00:00:34  Romero   Why don't you put it down for now, okay?

14:35:11 00:00:36  Mocek    I'd prefer not to.

14:35:11 00:00:36  Romero   No.  Put it down for now.

14:35:12 00:00:37  Mocek    Can I get your name?

14:35:13 00:00:38 Romero   I said put it down for now.

14:35:14 00:00:39 Romero   I said put it down for now.

14:35:15 00:00:40 Mocek    Don't touch me.

14:35:16 00:00:41 Romero   Put it down for now.

14:35:16 00:00:41 Mocek    Do not touch me.

14:35:17 00:00:42 Romero   Put it down for now.

14:35:19 00:00:44 Schneier You need to--

14:35:19 00:00:44 Gallegos I'm bearing witness.  I have a right--

14:35:20 00:00:45 Mocek    I understand my rights.

14:35:21 00:00:46          step out of the way

14:35:22 00:00:47 Romero   Put it down for now.

14:35:23 00:00:48 Mocek    I'm not trying to interfere with your job.

14:35:24 00:00:49 Romero   I'm telling you now: put it down for now.

14:35:26 00:00:51 Gallegos I am bearing witness.  He's gonna [inaudible]

14:35:27 00:00:52          [inaudible] come here [inaudible]

14:35:29 00:00:54 unk1     These two are causing a disturbance

14:35:30 00:00:55 Romero   He won't put his camera down, either.

14:35:31 00:00:56 Mocek    I'm not--

14:35:31 00:00:56 unk1     taking pictures of all of us

14:35:32 00:00:57 Dilley   Sir.

14:35:33 00:00:58 Mocek    Yes.

14:35:34 00:00:59 Dilley   Do me a favor.

14:35:35 00:01:00 Dilley   Comply with what they're saying or we're gonna escort you out of the airport.

14:35:39 00:01:04 Dilley   Done.

14:35:40 00:01:05 Dilley   Done.

14:35:40  00:01:05  unk2     You're causing a commotion.

14:35:41  00:01:06  Dilley    Okay? Done.

14:35:42  00:01:07  Mocek     I haven't raised my voice.  I'm not trying to stop you from doing your job.

14:35:46  00:01:11           [inaudible]

14:35:46  00:01:11  Dilley    Did you-- Are you flying out, sir?

14:35:49  00:01:14  Mocek     Excuse me?

14:35:49  00:01:14  Dilley    Are you flying out?

14:35:50  00:01:15  Mocek     Yes.

14:35:50  00:01:15  Dilley    Okay.  Well, comply with what TSA's rules and regulations are--

14:35:54  00:01:19           Recording devices--

14:35:55  00:01:20  Mocek     I plan to comply with all their rules and regulations.

14:35:56  00:01:21  Dilley    Before you interrupt me:

14:35:58  00:01:23  Dilley    Comply with what they are a-- requesting of you, otherwise we will esc' you-
- escort you out of the

                    airport.

14:36:03  00:01:28  Dilley    Stand me?

14:36:04  00:01:29  Mocek     I understand you.

14:36:05  00:01:30  Dilley    Okay.

14:36:05  00:01:30  Mocek     I-- I underst-- I plan to comply with all their rules.  I do not believe that
there is a rule that

                    bars me from using a camera in publicly-accessible areas of the airport.

14:36:14  00:01:39  Wiggins   This is a federal checkpoint.  You can't do it here.

14:36:15  00:01:40  Romero    Right now, this is federal.

14:36:15  00:01:40  Dilley    You can't do it.

14:36:16  00:01:41  Mocek     I-- I've checked into it and I know that I can do it here.

14:36:18  00:01:43  Wiggins   Well, you can be arrested, then you can check into it more.

14:36:21  00:01:46  Mocek      For using a camera in a public place?

14:36:22  00:01:47  Wiggins    This is a federal checkpoint.

14:36:26  00:01:51  Dilley     Sir.

14:36:27  00:01:52  Mocek      Yes.

14:36:27  00:01:52  Wiggins    You're almost there.  You pushin' it, okay? You're really pushin' it."

14:36:28  00:01:53             You know, you're--

14:36:29  00:01:54             Now you're-- Now that you--

14:36:30  00:01:55  Delapena  Stand by

14:36:31  00:01:56             [inaudible]

14:36:32  00:01:57             There

14:36:32  00:01:57  Delapena  He don't want to show his I.D., either.

14:36:33  00:01:58  Wiggins    Alright. [inaudible]

14:36:35  00:02:00  Dilley     Let's go sir.  You're leaving the airport.

14:36:37  00:02:02             You're being escorted out at this point.

14:36:39  00:02:04             Let's go.

14:36:40  00:02:05  Dilley     And if you refuse, we'll arrest you.

14:36:41  00:02:06             Let's go.

14:36:44  00:02:09             Buster

14:36:45  00:02:10  Mocek      I-- I don't understand.

14:36:46  00:02:11             Buster, you're in trouble.

14:36:47  00:02:12  Dilley     Actually, I-- I'm gonna-- I'm gonna need your I.D. now.

14:36:51  00:02:16  Mocek      I-- I don't have any I.D. to show you.

14:36:51  00:02:16  Dilley     Now

14:36:53  00:02:18  Dilley     Sir, or we're gonna arrest you for concealing identity.

14:36:56  00:02:21             He doesn't even have an I.D. with him.

14:36:57  00:02:22  Mocek     Am I required to--

14:36:59  00:02:24  Dilley     Yes.  You are now part of an investigation, a criminal investigation.  You are
required to give us

             your I.D.

14:37:05  00:02:30  Mocek     What am I being investigated for?

14:37:06  00:02:31  Dilley     For disturbing the peace.

14:37:08  00:02:33  Mocek     I haven't disturbed the peace.

14:37:09  00:02:34  Dilley     Yes you are.  Yes.

14:37:10  00:02:35  Dilley     I'm gonna need a statement from you guys.

14:37:12  00:02:37  Dilley     You understand me sir?

14:37:14  00:02:39  Mocek     I-- I don't.

14:37:14  00:02:39  Dilley     I need your I.D.

14:37:16  00:02:41  Mocek     I'm going to remai-- remain silent.

14:37:17  00:02:42  Dilley     Alright, let's go.

14:37:18  00:02:43  Mocek     I'd like to talk to an attorney.

14:37:18  00:02:43  Dilley     We're go-- we're gonna end up arresting you.  Come on, let's go.

14:37:22  00:02:47  Dilley     We're gonna search your property, and if we find I.D. on you-- on your
property, we will arrest you

             for concealing I.D.

14:37:39  00:03:04  Dilley     S15, 110. (radio 14:37:40)

14:37:43  00:03:08  Dilley     S15, 116. (radio 14:37:40 +00:00:04)

14:37:45  00:03:10  Dilley     There, sir.

14:37:48  00:03:13  Dilley     Actually, do me a favor.  I don't know what you have in your bags.  This
officer's gonna take your

             bags.  Put your bags.

14:37:54  00:03:19  Dilley     34 with me at uh 19, please. (radio 14:37:55)

14:37:56  00:03:21  Dilley     Place your bag down there, please, sir.

14:37:57  00:03:22  Mocek    I don't consent to any search.

14:37:58  00:03:23  Dilley    You're not being searched.  Place your bag down there.  And if we arrest you your property will be

                     searched without [inaudible] won't need to.

14:38:04  00:03:29  Mocek    I don't consent to any search.

14:38:04  00:03:29  Dilley    Place your other bag down.

14:38:09  00:03:34  Dilley    The officer [inaudible] bags for you.

14:38:11  00:03:36  Dilley    Gimme your camera.

14:38:12  00:03:37  Mocek    Can I get a receipt?


time      elapsed   name      text (police audio DW_A0008_1.wav begins; note 27 second gap between Mocek camera recording and this)

--------- --------- --------- -------------------------------------------

14:38:39  00:00:06  radio     negative, we're in route now (radio 14:38:33 +00:00:06)

14:38:58  00:00:19  Gallegos  Oh, we're not worried. [inaudible] We've got an hour or so [inaudible]

14:39:07  00:00:28  Gallegos  So I'm flying with my partner, but um, I got my I.D., um, What's the process that he's going through

                     now?

14:39:13  00:00:34  Wiggins   He's gonna be arrested.

            Gallegos  He's gonna be arrested?

            Wiggins   Yes, sir, for being stupid.

            Gallegos  Really.

            Wiggins   Yep.

            Gallegos  Alright.  Hey, Phil.  Hey Phil, I'm staying.  Hey Phil.

14:39:22  00:00:43  Mocek    Yeah.

            Gallegos  I'll stay in Albuquerque.

            Mocek    Okay.  He said I'm under arrest.

Gallegos  Yeah, that's what just I heard.  So, uh--

14:39:27  00:00:48  Mocek    Officer DIE-lee.

Gallegos  So, um, what kind of info--  I'll jus-- I know, you'll be, we'll be at downtown
Albuquerque?  Is he

      going to Albuquerque downtown?

14:39:36  00:00:57  Wiggins   He's gonna be way the-- way out in the bushes

Dilley    Do me a favor

Gallegos  Well, I

Dilley    Do me a favor--

Gallegos  Can I you talk to you, sir?

Dilley    Not yet.

14:39:48  00:01:09  Wiggins   Hey, why don't we [inaudible] and search him get all his items off of him
cause he turning on phones,

      and everything else.  We don't know what he--  gonna bomb or something else, man.

14:39:55  00:01:16  Mocek    I don't consent to any search.  I don't have anything dangerous on me.

Dilley    Doesn't matter.  You're under arrest.  You don't have no options.  Let's go.

Wiggins   Let's, uh...  Hey, lemmee--  We could search him now, because we don't know
what's on this guy.

Dilley    He's being searched for [inaudible]

Gallegos  Hey Phil.  I'll be around

14:40:08  00:01:29  Mocek    Okay.

Gallegos  I'm not leaving Albuquerque without you.

Mocek    Alright.

Gallegos  Just call me.  If you need help, call me.

Mocek    Okay.

Gallegos  [inaudible]

14:40:15 00:01:36 ?      The airport's under, uh, federal, uh, terrorist act.  High-- High, uh, security issues [inaudible] the

        airport [inaudible] lawsuit

        Wiggins   [inaudible] cell phone [inaudible] in his pocket [inaudible] it's activated

        Dilley   Put your hands on your head please sir.

        Mocek   On my head?

        Dilley   Yes.

        ?      [inaudible]

14:40:34 00:01:55 Dilley   [paper ruffling] He was concealing his ID.

14:40:39 00:02:00 ?      The only way you can get a pass is you have to have ID.  Only way to get a, uh, airline ticket's to

        have an I.D.

14:40:45 00:02:06 Mocek    I'd like to talk to an attorney.  I'm gonna remain silent until then.

14:40:47 00:02:08 Dilley   Let's go.  Then please don't talk. Hands down, let's walk with us.  Do not speak [inaudible] not

        speaking. [inaudible]

14:41:03 00:02:24 Dilley   Sir, stop walking.  Stand right there.

14:41:18 00:02:39 Dilley   Stop.  Okay, walk.  [inaudible] on the left

14:41:40 00:03:01 Gallegos  I called Ben.  [inaudible]

14:41:41 00:03:02 Mocek    Call Alison Holcomb.  She's here.

        Gallegos  Okay.

14:41:47 00:03:08 Mocek    She's on our flight.

        Gallegos  [inaudible]

14:41:54 00:03:15 Dilley   [inaudible] Right here. [inaudible]

14:41:58 00:03:19 Wiggins   Hey Jesus, gimme one of them chairs, man.  I'm a-- I'm gonna use it [inaudible] This stuff is

        heavy.  And I'll bring it back, okay?

14:42:08 00:03:29 Dilley    Comm center, 116.  10-4.  We are en route with a 19. (radio 14:42:04)

14:42:21 00:03:42 Comm    10-4, 116.  Do you want to advise on what you have? (radio 14:42:16)

14:42:56 00:04:17 Dilley    We have a 16.  I'll advise you on the phone in a few moments. (radio 14:42:16 +00:00:05)

       Comm    10-4 (radio 14:42:16 +00:00:21)

       Dilley    In reference a 39.  (radio 14:42:16 +00:00:15)

       Comm    That's 10-4. (radio 14:42:16 +00:00:19)

       Comm    16, [inaudible] 15, you got a 82 with you? (radio 14:42:52)

       Dilley    10-4.  135, 137.  (radio 14:42:52 +00:00:04)

       Comm    116, 110, I'll go ahead and give comm center the 49, what I know about it. (radio 14:42:16 +00:00:16)

14:43:19 00:04:40 Dilley    10-4.  Can you get statements from all the TSA people? We need written statements from them.  Ask them

       to be detailed please, especially Gerald. (radio 14:42:52 +00:00:23)

       Comm    10-4. (radio 14:42:52 +00:00:34)

14:43:38 00:04:59 Dilley    Go in there [inaudible]

14:43:42 00:05:03 Wiggins    This thing's heavy, man.

14:43:54 00:05:15 Dilley    [inaudible] afterward [inaudible]

       ?        [inaudible] wanna leave that in there

14:44:09 00:05:30 ?        [inaudible]

14:44:34 00:05:55 Dilley    Do you have a driver's license or anything in your stuff?

       Mocek    I'm gonna remain silent.  I'd like to talk to an attorney.

14:44:41 00:06:02 Dilley    Okay, well we're gonna have to look through your bag for you to see if you do have an I.D.

14:44:44 00:06:05 Mocek    I don't consent to any search.

       Dilley    Huh?

       Mocek    I do not consent to any search.

Dilley   [inaudible]

14:45:32  00:06:53  ?        [inaudible]

14:46:06  00:07:27  ?        [inaudible]

14:46:13  00:07:34  Rojas     If he refuses to depart the area [inaudible] can charge him with criminal trespass, too.  Ah...

14:46:26  00:07:47  Dilley    He refused several times to leave.

Rojas     Okay. [inaudible] Don't forget the 90-day barment letter.

14:46:26  00:07:47  Dilley    Okay.  He's probably going to be uh, 16.  We might... Probably just end up arresting him, and do the

barment later on.  It's up to you.

Rojas     Okay.  How about-- Yeah, well, we need to make sure that we do a 90-day letter on him.

Dilley    Yeah.  You bet.

Rojas     [inaudible]

Dilley    Alright.

14:46:52  00:08:13  Rojas     Is that the only form of documentation he had in his possession?

14:46:52  00:08:13  Dilley    No, we're gonna find out.  He said that he doesn't want to give us any information.

14:46:59  00:08:20  Mocek     I don't consent to any search.

14:47:04  00:08:25  Dilley    [inaudible] have a seat.

14:47:07  00:08:28  Dilley    You wanna-- you wanna identify who you are, sir?

14:46:59  00:08:20  Mocek     I'd like to remain silent.  I want to speak to an attorney.

Dilley    You don't want to identify yourself?  You can say yes or no on that.  Okay.  I assume your silence

says no.  You're gonna be booked under John Doe.  You will remain in jail until the FBI is able to

identify who you are.

14:47:31  00:08:52  Mocek     Does the law require me to provide my--

17

14:47:33  00:08:54  Dilley    Sir please don't talk.  You asked-- You said you don't want to talk, and you leave it at that.  We're

not going to answer any questions.  We're not going to ask you any questions.  Please do not talk any

further.  We've given you a chance to talk.

14:48:16  00:09:37  Dilley    Cannabis?  Yeah...

14:48:41  00:10:02  Dilley    In regards to booking [inaudible] they have to identify him through the FBI now.

14:49:22  00:10:43  Wiggins   He must be a law student

Dilley    Huh?

14:49:25  00:10:46  Wiggins   Must be a law student.

Dilley    Well, he's getting a first-hand experience right now.

Dilley    Come here for a second so we can witness me counting this money.  [inaudible]

Wiggins   [inaudible] booking slip [inaudible]

14:50:18  00:11:39  Dilley    Hang on a second.  20, 40, 60, 80, 100, 20, 40, 60, 80, 200, 20, 40, 60, 80, 90, 95, 96, 97, 98, 99.

Two hundred and ninety nine dollars inside his wallet.  Lemme double-check to make sure there's not...

[inaudible] fifteen dollars

14:51:56  00:13:17  Dilley    He's John Doe, we don't have to give him-- we don't have to give him anything back, actually.

14:52:06  00:13:27  Dilley    I would've at least made up a name if I were in that situation.  He's a law student, he should know

that.  He's not even authorized to be flying because he doesn't [inaudible]

14:52:21  00:13:42  Dilley    [inaudible] may find [inaudible]

14:53:05  00:14:26  Dilley    Take a seat, sir.  Have a seat, sir.  No, sit on the bench, sir.  Thank you.

14:53:45  00:15:06  Dilley    [inaudible] enough to say

14:53:47  00:15:08  Wiggins   [inaudible] ID [inaudible] driver's license? [inaudible]

Dilley   No, not even that.  He had a purpose to come here.  It wasn't to fly.

Wiggins   Mmm hmm.

Dilley   10, 116. (radio 14:54:15 +00:00:02)

Comm      110, go ahead.  (radio 14:54:15 +00:00:05)

14:54:28  00:15:49  Dilley   This individual has no I.D. with him.  Ask TSA if he was presenting an I.D. to them and in their

statement, have them explain that, and have them, uh, describe how procedure is for allowing someone

to fly who does not have an I.D. please (radio 14:54:15 +00:00:10)

Comm      10-4. (radio 14:54:15 +00:00:35)

Comm      Last unit calling, you can in extremely 10-1.  (radio 14:56:09)

116, 110, 49 was relayed, so we'll put that in the statement. (radio 14:57:07)

Comm      10-4 (radio 14:58:01 +00:00:08)

14:55:08  00:16:29  Wiggins   [inaudible]

Dilley   Yeah, I just wanted to-- I wanna be, um...

14:55:26  00:16:47       You take all the [inaudible]?

Ah... Yeah

You might want to double-check it though,

14:56:03  00:17:24  Dilley   You know, I'm all for somebody having their, their beliefs, but when you create a situation at the

checkpoint that causes a disturbance

14:56:51  00:18:12  Dilley   [inaudible] Ibuprofin [inaudible]

14:57:31  00:18:52  ?       [inaudible] yeah nasty shit [inaudible]

14:58:08  00:19:29  Dilley   [inaudible] so we can't verify him [inaudible] John Doe [inaudible] He's gonna be [inaudible] for a

month, 'cause, uhm the feds won't release him 'cause they're under, uh, [inaudible]

14:58:26 00:19:47  Wiggins   I'm gonna go out and talk to Southwest and see what's the deal with this. See if they presented.  If

        you need me to come back just give me a holler.

      Dilley   Okay.

15:02:02 00:23:23  Dilley   [on phone] Hey girl.  Give me a case number, please.  Okay.  It's alright.  Yes. The, uh-- you need

        the, um, nature of the call.  Okay.  39, refusing to obey, and then, um, okay.  Hang on a second.

        [radio interruptions, completes call]

15:05:16 00:26:37  Wiggins   They didn't check any bags, or didn't at check in with, uh, with Southwest.

      Dilley   [inaudible] probably [inaudible] this for now


time     elapsed   name     text (remainder is from police radio and telephone calls only)

--------- --------- --------- --------------------------------------------

15:08:28          Dilley   Comm center, 116.  What time did they call out on this?  (radio 15:08:28)

15:08:40          Comm    I show that the call came in at, uh, 1437 hours. (radio 15:08:40)

      Dilley   10-4. (radio 15:08:40 +00:00:08)

15:13:58          Wiggins  Comm center, 137. (radio 15:13:58)

      Comm    137, go ahead. (radio 15:13:58 +00:00:04)

      Wiggins  You contact the on-call FBI agent, and you can transfer it to 7826 7264 on 16.

        (radio 15:13:58 +00:00:07)

      Comm    10-4 copy 7826.  Standby.  (radio 15:13:58 +00:00:19)

15:14:28          Comm    PD S15 Comm center (radio 15:14:28)

        ...

      Comm    S15, I have a 21 reference to 16 that, uh, 116 has, for you.

      Rojas    Who's calling?

      Comm    He's not identifying himself, um, uh, he just wants to talk to a supervisor.

Rojas    I don't know his name, I don't wanna talk to him.  You can tell him that.

Comm     10-4.

15:15:32        Comm     PD S15, Comm center (radio 15:15:32)

Rojas    Yes, go ahead.

Comm     His name is Ben Livingston and he's with the Cannabis Defense Coalition.

Rojas    Yeah, I definitely don't want to talk to him.  This gentleman is an adult, and, uh, he's gonna be

booked, and he can talk to him after he gets booked.

Comm     10-4.

15:57:03        Comm     PD 137, comm center.  (radio 15:57:03)

15:57:12        [inaudible] 7, 19, go ahead.  (radio 15:57:12)

Comm     Negative 10-25, it went to voice mail.

Stand by, will advise.

16:09:51        Rojas    Comm center, S15.  Can you check to see if the PTC is open? (radio 16:09:51)

Comm     We've been checking and negative, uh, 25 via 21.  It's just been going to voicemail.

16:20:49        [inaudible] 116 and 110 (radio 16:20:49)

Comm     Go ahead.

116, 110.

Comm     Go ahead.

Can you give me a 21?  TSA says it will be, uh, 49 on that guy.  We've got statements ready for you.

Comm     10-4.  What's your number?

7838

16:21:58        135, 110.  Can you give me a 21 at 7838? (radio 16:21:58)

10-4

16:22:55        Comm     137, 110.  Can you give me a number for a [inaudible]? (radio 16:22:55)

Wiggins   10-4, go ahead.

Comm     Are you near a 21 so I can give you a 21?

Wiggins   7826, 7826.

     S15, comm center?

     S15

Comm     Can you 21 the comm center, please?

     10-4

16:31:06       137, 110.  Can you give me a 21 at the checkpoint one more time please?  (radio
16:31:06)

    10-4.  He's on a 21 right now with the [inaudible] I believe?  He'll call you right when he
gets off.

    10-4, thanks

    No problem.

16:35:03       Comm center, 116.  Can you try PT, uh, PTC one more time please? (radio 16:35:03)

Comm     10-4.

Comm     PD 116, comm center.  PTC-- PTU is open.

Dilley    10-4

16:38:13   Dilley    110, 116.  What car do you drive? (radio 16:38:13)

    03

Wiggins   Comm center 137.  (radio 16:40:20)

Comm     138

Wiggins   I'll be 10-8 headed to the checkpoing

16:40:54   Dilley   Comm center 116.  I'll be 19-16 to the PTC.  Copy mileage, please. (radio
16:40:54)

Comm     Go ahead with mileage.

Dilley    13388.6

Comm     10-4.  1642 hours

16:42:56          Wiggins   Comm center, [inaudible]7.  10-8 at the checkpoint. (radio 16:42:56)

               Comm      10-4, 137.

16:53:05          Dilley    116.56, copy mileage.

               Comm      116, go ahead.

               Dilley    13393.2

               Comm      10-4.  1654 hours.