IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHILLIP MOCEK,**

       Plaintiff,

vs.                                                   Case No: 11-1009 JB/KBM

**CITY OF ALBUQUERQUE,**
**ALBUQUERQUE AVIATION POLICE DEPARTMENT,**
**MARSHALL KATZ, in his official capacity as Chief of Police of**
The Albuquerque Aviation Police Department,
**JONATHAN BREEDON, GERALD ROMERO,**
**ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,**
**LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,**

<u>NOTICE OF EXTENSION OF BRIEFING</u>

      Notice is hereby given to this Court that the parties have agreed to extend the date for Defendants City of Albuquerque, Albuquerque Aviation Police Department, Marshall Katz, Robert Dilley, Landra Wiggins, and Julio de la Pena to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss and Request for Leave to File Amended Complaint [Doc.57]. These Defendants will file their brief in reply to the above-cited response by March 21, 2013.

Respectfully Submitted,

<u>/s/ Jeffrey L. Baker</u>
The Baker Law Firm
Jeffrey L. Baker
Renni Zifferblatt
Attorneys for City Defendants
20 First Plaza NW Ste. 402
Albuquerque, New Mexico 87102

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a true copy of the foregoing was provided to counsel of record on this 14th day of March 2013 via the CM/ECF filing system.

<u>/s/ Jeffrey L. Baker</u>

1