IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHILLIP MOCEK,**

        **Plaintiff,**

vs.　　　　　　　　　　　　　　　　　　Case No: 11-1009 JB/KBM

**CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE DEPARTMENT,
MARSHALL KATZ, in his official capacity as Chief of Police of
The Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD ROMERO,
ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,
LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,**

### SECOND NOTICE OF EXTENSION OF BRIEFING

     Notice is hereby given to this Court that the parties have agreed to extend the date for Defendants City of Albuquerque, Albuquerque Aviation Police Department, Marshall Katz, Robert Dilley, Landra Wiggins, and Julio de la Pena to file their Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss and Request for Leave to File Amended Complaint [Doc.57]. These Defendants will file their brief in reply to the above-cited response by March 26, 2013.

                                 Respectfully Submitted,

                                 <u>/s/ Jeffrey L. Baker</u>
                                 The Baker Law Firm
                                 Jeffrey L. Baker
                                 Renni Zifferblatt
                                 Attorneys for City Defendants
                                 20 First Plaza NW Ste. 402
                                 Albuquerque, New Mexico 87102

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing was provided to counsel of record on this 20th day of March 2013 via the CM/ECF filing system.

<u>/s/ Jeffrey L. Baker</u>