IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHILLIP MOCEK,**

        **Plaintiff,**

vs.                                                                                          Case No: 11-1009 JB/KBM

**CITY OF ALBUQUERQUE,**
**ALBUQUERQUE AVIATION POLICE DEPARTMENT,**
**MARSHALL KATZ, in his official capacity as Chief of Police of**
**The Albuquerque Aviation Police Department,**
**JONATHAN BREEDON, GERALD ROMERO,**
**ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,**
**LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,**

### CITY DEFENDANT'S UNOPPOSED MOTION TO EXCEED PAGE LIMITS IN REPLY BRIEF

      City Defendants, by their undersigned counsel, ask this Court for an Order allowing them to file up to 16 pages for their reply to plaintiff's response (Doc 57) to City defendants' motion to dismiss (Doc 54).

      In his reply (Doc 57), plaintiff not only responds to City defendants' motion to dismiss, but also seeks permission to file an amended complaint.  City defendants require more than 12 pages to address the arguments in plaintiff's response, as well as address plaintiff's request to amend his complaint.

      Plaintiff does not oppose this motion.

      This Court has the authority to allow a page extension pursuant to D.N.M.LR-Civ.7.5.

      This unopposed motion is accompanied by a proposed order approved by Plaintiff. D.N.M.LR-Civ.7.2.

      WHEREFORE, City defendants request an Order of this Court allowing them to

file a reply which will not exceed 16 pages.

                                        Respectfully submitted by,

                                        **THE BAKER LAW FIRM**

                                        <u>/s/ Jeffrey L. Baker</u>
                                        Jeffrey L. Baker
                                        Renni Zifferblatt
                                        Attorneys for City Defendants
                                        20 First Plaza, Suite 402
                                        Albuquerque, NM  87102
                                        505/247-1855

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was provided to Plaintiff's counsel of record on this 25th day of March, 2013 via CM/ECF.

<u>/s/ Jeffrey L. Baker</u>