UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**PHILLIP MOCEK,**

      **Plaintiff,**

vs.                                          No. CV 11-1009-JB/KBM

**CITY OF ALBUQUERQUE** *et al*,

      **Defendants.**

## NOTICE OF COMPLETION OF BRIEFING

COMES NOW, The Baker Law Firm (Jeffrey L. Baker and Renni Zifferblatt), and hereby gives notice to all interested parties pursuant to D.N.M.L.R-Civ. Rule 7.4(e), the following pleadings have been submitted to, and filed in this Court:

1. City of Albuquerque Defendants' Motion to Dismiss, filed on February 1, 2013. [Doc. 54].

2. Opposition to Defendants' Motion to Dismiss and Request for Leave to File Amended Complaint, filed on March 2, 2013. [Doc. 57].

3. City of Albuquerque Defendants' Reply to Plaintiff's Opposition to Defendants' Motion to Dismiss and Request for Leave to File Amended Complaint, filed on March 26, 2013. [Doc. 62].

This matter is now before the Court pending its ruling.

No other pleadings, documents, or material have been, or will be submitted in this matter unless otherwise instructed by the Court and this matter is now ripe for decision.

                                   Respectfully Submitted,

                                   /s/ Renni Zifferblatt
                                   The Baker Law Firm
                                   Jeffrey L. Baker
                                   Renni Zifferblatt
                                   20 First Plaza Suite 402 NW
                                   Albuquerque, N.M. 87102
                                   505-247-1855

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing was provided to counsel of record on this 26th day of March 2013 via the CM/ECF filing system.

/s/Renni Zifferblatt