# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

       Plaintiff,

vs.                                                          No. CIV 11-1009 JB/KBM

CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE DEPARTMENT,
MARSHALL KATZ, in his official capacity as Chief of Police of
The Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD ROMERO,
ANTHONY SCHREINER, ROBERT F. DILLEY a/k/a BOBBY DILLEY,
LANDRA WIGGINS, JULIO DE LA PENA, and DOES 1-25 inclusive,

## **ORDER TO EXCEED PAGE LIMITS**

This matter has come before the Court upon the Unopposed Motion of City Defendants for an Order allowing their reply to plaintiff's response (Doc 57) to exceed twelve (12) pages. Plaintiff does not oppose this request.

It is therefore ordered that City Defendants be permitted to file their reply to plaintiff's response to Plaintiff's Opposition to Defendants' Motion to Dismiss and Request for Leave to File Amended Complaint (Doc 57) which does not exceed sixteen (16) pages.

                                                                     _____
                                                                     UNITED STATES DISTRICT JUDGE

Approved:

*/s/ Mary Lou Boelcke 03/25/13*
Attorney for Plaintiff

*/s/ Jeffrey L. Baker 03/25/13*
Attorney for City Defendants