| | |
|---|---|
| 1 | William M. Simpich, Esq., SB#106672 |
| | Law Offices of William M. Simpich |
| 2 | 1736 Franklin Street, 10th Floor |

1  William M. Simpich, Esq., SB#106672
   Law Offices of William M. Simpich
2  1736 Franklin Street, 10th Floor
   Oakland, CA 94612
3  Telephone (510) 444-0226
   Facsimile (510) 444-1704
4
   Attorney for Plaintiff
5

6                    UNITED STATES DISTRICT COURT

7                    FOR THE DISTRICT OF NEW MEXICO

8
   PHILLIP MOCEK,                    )    Case No. 11-1009-JB-KBM
9                                    )
              Plaintiffs,            )    **TABLE OF AUTHORITIES IN**
10                                   )    **SUPPORT OF PLAINTIFF'S**
        v.                           )    **OPPOSITION TO DEFENDANT'S**
11                                   )    **MOTION TO DISMISS AND REQUEST**
   CITY OF ALBUQUERQUE,              )    **TO FILE AMENDED COMPLAINT**
12 ALBUQUERQUE AVIATION              )
   POLICE DEPARTMENT,                )
13 MARSHALL KATZ, in his official    )
   capacity as Chief of Police of    )
14 The Albuquerque Aviation Police   )
   Department, JONATHAN              )
15 BREEDON, GERALD ROMERO            )
   ANTHONY SCHREINER,                )
16 ROBERT F. DILLEY a/k/a BOBBY      )
   DILLEY, LANDRA WIGGINS,           )
17 JULIO DE LA PENA, and DOES        )
   1-25 inclusive,                   )
18                                   )
              Defendants,            )
19                                   )
   _____   )
20

-1-

# TABLE OF AUTHORITIES

Page

**Cases:**

*Barber v. City of Salem, Ohio,* 953 F.2d 232, (6th Cir. 1992) — 23

*Cooper v. Dupnik*, 963 F.2d 1220 (9thCir. 1992) (en banc) — 22

*DeLoach v. Bevers,* 922 F.2d 618 (10th Cir.1990) — 19

*Dellums v. Powell*, 566 F.2d 167 (D.C. Cir. 1977) — 19

*Geter v. Fortenberry*, 849 F.2d 1550 (5th Cir. 1988) — 18

*Glasson v. Louisville*, 518 F.2d 899 (6thCir. 1975) — 19

*Klen v. City of Loveland*, 661 F.3d 498, 508 (10th Cir. 2011) — 18

*Marland v. Heyse*, 315 F.2d 312 (10th Cir. 1963) — 21

*Medina vs. City and County of Denver*, 960 F.3d 1493 (10th Cir. 1992) — 23

*Rakovich v. Wade*, 850 F.2d 1180 (7th Cir. 1988) (en banc) — 19

*Sevigny v. Dicksey*, 846 F.2d 953 (4thCir. 1988) — 20

*Sloman v. Tadlock*, 21 F.3d 1462 (9thCir. 1994) — 19

*Tobey v. Jones*, 2013 WL 286226 (4thCir. 2013) — 20, 21

*Winters v. Board of County Commissioners*, 4 F.3d 848 (10th Cir. 1993) — 18

**Statutes:**

U.S. Constitution - Amendment 1 — 14-21

U.S. Constitution - Amendment 4 — 15-21

U.S. Constitution - Amendment 6 — 18, 20

U.S. Constitution - Amendment 14 — 21

**Codes:**

CC § 1983 — 19

1
2
3
4
5    Dated: March 28, 2013
6                                                        /s/
                                              WILLIAM M SIMPICH
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                            -3-

-4-

-5-