IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

                Plaintiff,

vs.                                       CASE NO. 2011-CV-1009 JB/KBM

CITY OF ALBUQUERQUE, et al.,

                Defendants.

**PLAINTIFF'S UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANT CITY OF ALBUQUERQUE'S MOTION TO DISMISS COMPLAINT**

Plaintiff Phillip Mocek, through his undersigned attorney, moves the Court to continue the hearing on Defendant City of Albuquerque's Motion to Dismiss Complaint to either July 8 or July 12, 2013, in order to accommodate all of the attorneys' schedules.

1. The hearing on Defendant's motion to dismiss is currently scheduled for June 25, 2013.

2. None of the defendants oppose this motion.

3. This request is not brought to delay this case.

Wherefore, Plaintiff moves this Court to continue this hearing until July 8 or 12, 2013, to allow all of the parties' attorneys to be present either in person or telephonically.

                                                          Respectfully submitted,

                                                          *Electronically submitted Mary Lou Boelcke*
                                                          Mary Louise Boelcke
                                                          PO Box 31033
                                                          Albuquerque, NM 87190
                                                          (505) 804-1632
                                                          One of Attorneys for Plaintiff

I HEREBY CERTIFY that a true copy of the foregoing UNOPPOSED MOTION TO CONTINUE HEARING ON DEFENDANT CITY OF ALBUQUERQUE'S MOTION TO DISMISS COMPLAINT was served on opposing counsel of record by electronically filing it on June 25, 2012.

*/s/ Mary Lou Boelcke*
Mary Louise Boelcke