IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

      Plaintiff,

vs.                                                     No. CIV 11-1009 JB/KBM

CITY OF ALBUQUERQUE, et al.,

      Defendants.

## ORDER

This matter is before the Court on Plaintiff Phillip Mocek's unopposed motion to continue the motion hearing on Defendant City of Albuquerque's Motion to Dismiss the Complaint. Having reviewed the Plaintiff's submission, and because this motion is unopposed, Plaintiff's motion is hereby GRANTED. The hearing of June 25, 2013, is continued to July 12, 2013, at 10:30 A.M.

                                                                                        UNITED STATES DISTRICT JUDGE

Submitted by:

Mary Louise Boelcke
PO Box 31033
Albuquerque, NM 87190
Phone (505) 804-1632
One of Plaintiff's Attorneys