## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

    Plaintiff,

vs.   No. CIV 11-1009 JB/KBM

CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE
DEPARTMENT, MARSHALL KATZ, in
his official capacity as Chief of Police of the
Albuquerque Aviation Police Department,
JONATHON BREEDON, GERALD
ROMERO, ANTHONY SCHREINER,
ROBERT F. DILLEY a/k/a BOBBY
DILLEY, LANDRA WIGGINS, JULIO
DE LA PENA, and DOES 1-25, inclusive,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the City of Albuquerque Defendants' Motion to Dismiss, filed February 1, 2013 (Doc. 54). The Court held a hearing on July 12, 2013. The Court will grant the motion.

**IT IS ORDERED** that the City of Albuquerque Defendants' Motion to Dismiss, filed February 1, 2013 (Doc. 54), is granted.[1]

                                                          _____
                                                      UNITED STATES DISTRICT JUDGE

---

[1] This Order disposes of the motion. The Court will, however, at a later date issue a memorandum opinion more fully detailing its rationale for this decision. This Order does not dispose of the case; the final judgment will do so.

*Counsel:*

Geoffrey King
James Wheaton
Lowell Chow
First Amendment Project
Oakland, California

--and--

William Simpich
Law Office of William Simpich
Oakland, California

--and--

Mary Louise Boelcke
Law Office of Mary Louise Boelcke
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Jeffrey L. Baker
Renni Zifferblatt
The Baker Law Firm
Albuquerque, New Mexico

    *Attorneys for Defendants City of Albuquerque, Albuquerque Aviation Police Department, Marshall Katz, Robert F. Dilley, Landra Wiggins, and Julio De La Pena*

Kenneth J. Gonzales
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
United States Attorney's Office
District of New Mexico
Albuquerque, New Mexico

--and--

Edward J. Martin
United States Department of Justice
Civil Division
Washington, D.C.

    *Attorneys for Defendants Jonathon Breedon, Gerald Romero, and Anthony Schreiner*