IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PHILLIP MOCEK,

      Plaintiff,

vs.                                                          No. CIV 11-1009 JB/KBM

CITY OF ALBUQUERQUE,
ALBUQUERQUE AVIATION POLICE
DEPARTMENT, MARSHALL KATZ, in
his official capacity as Chief of Police of the
Albuquerque Aviation Police Department,
JONATHAN BREEDON, GERALD
ROMERO, ANTHONY SCHREINER,
ROBERT F. DILLEY a/k/a BOBBY
DILLEY, LANDRA WIGGINS, JULIO
DE LA PENA, and DOES 1-25, inclusive,

      Defendants.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on: (i) the Court's Memorandum Opinion and Order, filed January 14, 2013 (Doc. 49)("First MOO"); and (ii) the Court's Memorandum Opinion and Order, filed February 28, 2014 (Doc. 74)("Second MOO"). In the First MOO, the Court dismissed the following of Plaintiff Phillip Mocek's causes of action: (i) "Count I: Violation of the First Amendment of the United States Constitution under Bivens v. Six Unknown Agents" against Defendants Robert F. Dilley a/k/a Bobby Dilley, Landra Wiggins, Julio De La Pena, and Does 1-25, Complaint for Damages, Injunctive Relief, and Declaratory Relief ¶¶ 92-93, at 21-22, filed November 14, 2011 (Doc. 1)("Complaint"); (ii) "Count III: Violation of the Fourth Amendment of the United States Constitution Under Bivens v. Six Unknown Agents" against Defendants Jonathan Breedon, Gerald Romero, Anthony Schreiner, and Does 1-25, Complaint ¶¶ 96-97, at 22-23; and (iii) "Count VIII: Declaratory Relief under 28

U.S.C. §§ 2201, 2202," Complaint ¶¶ 111-113, at 25-26, as against Breedon, Romero, and Schreiner in their official capacities. See First MOO at 123. In the Second MOO, the Court dismissed all remaining claims in Mocek's Complaint. See Second MOO at 133. Because the Court's First MOO and its Second MOO dispose of all claims and parties before the Court, entry of final judgment is appropriate.

**IT IS ORDERED** that: (i) the Complaint for Damages, Injunctive Relief, and Declaratory Relief, filed November 14, 2011 (Doc. 1), is dismissed; and (ii) final judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel:*

Geoffrey King
James Wheaton
Lowell Chow
First Amendment Project
Oakland, California

--and--

William Simpich
Law Office of William Simpich
Oakland, California

--and--

Mary Louise Boelcke
Law Office of Mary Louise Boelcke
Albuquerque, New Mexico

*Attorneys for the Plaintiff*

Jeffrey L. Baker
Renni Zifferblatt
The Baker Law Firm
Albuquerque, New Mexico

> *Attorneys for Defendants City of Albuquerque, Albuquerque Aviation Police Department, and Marshall Katz, Robert F. Dilley, Landra Wiggins, and Julio De La Pena*

Kenneth J. Gonzales
  United States Attorney
Manuel Lucero
  Assistant United States Attorney
United States Attorney's Office
District of New Mexico
Albuquerque, New Mexico

--and--

Edward J. Martin
United States Department of Justice
Civil Division
Washington, D.C.

> *Attorneys for Defendants Jonathon Breedon, Gerald Romero, and Anthony Schreiner*